IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD V. ROOD,

    Petitioner,               No. 2:11-cv-3066 KJN P

    vs.

WARDEN SWARTHOUT,

    Respondent.         ORDER

_____/

        Petitioner, a state prisoner proceeding without counsel, has filed an application for a writ of mandamus pursuant to 28 U.S.C. § 1651. Petitioner has not, however, filed an in forma pauperis affidavit or paid the required filing fee ($350.00). See 28 U.S.C. §§ 1914(a); 1915(a). Therefore, petitioner will be provided the opportunity to either submit the appropriate affidavit in support of a request to proceed in forma pauperis or submit the appropriate filing fee.[1]

---

[1] In this action, petitioner requests that the court order the California Court of Appeal, Superior Court or his appellate attorney to provide him with copies of the transcripts and all documents from his state criminal action.
      "A writ of mandamus is an extraordinary or drastic remedy, used only to confine an inferior court to a lawful exercise of its prescribed jurisdiction or to compel it to exercise its authority when it is its duty to do so." DeGeorge v. U.S. District Court, 219 F.3d 930, 934 (9th Cir. 2000) (internal citation omitted.) Accordingly, federal courts lack jurisdiction to issue a writ of mandamus to a private party. See id. Federal courts also lack jurisdiction to issue a writ of mandamus to a state court. Demos v. United States Dist. Court for the E. Dist. of Wash., 925 F.2d 1160, 1161 (9th Cir.

1

In accordance with the above, IT IS HEREBY ORDERED that:

1. Petitioner shall submit, within thirty days from the date of this order, an affidavit in support of his request to proceed in forma pauperis or the appropriate filing fee; petitioner's failure to comply with this order will result in the dismissal of this action; and

2. The Clerk of the Court is directed to send petitioner a copy of the in forma pauperis form used by this district.

DATED: November 30, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

rood3066.101a

---

1991), citing 28 U.S.C. § 1651.  This action will be dismissed if plaintiff files an in forma pauperis application.

2